

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2021

No. 04-21-00142-CR

**IN RE GABRIEL R. GARCIA**

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2007CRS000739D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                Irene Rios, Justice
                Lori I. Valenzuela, Justice

The State has filed a motion for rehearing. We order relator may file a response no later than **July 13, 2021**.

It is so **ORDERED** on June 28, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT